UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 23-MJ-218 |
| | : | |
| DONTREY BELL, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. §§ 2251(a) and (e) |
| | : | (Sexual Exploitation of a Minor and |
| | : | Attempted Sexual Exploitation of a Minor) |
| | : | |
| | : | 18 U.S.C. §§ 2252(a)(1), (b)(1) |
| | : | (Transportation of Child Pornography and |
| | : | Attempted Transportation of Child |
| | : | Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Possession of Child Pornography) |
| | : | |
| | : | 22 D.C. § 3010.01 |
| | : | (Misdemeanor Sexual Abuse of a Child) |
| | | |
| | | FORFEITURE: 21 U.S.C. § 853(p), |
| | | 18 U.S.C. § 2253 |

**INDICTMENT**

The Grand Jury Charges that:

**COUNT ONE**

On or about August 9, 2022, within the District of Columbia, the defendant, **DONTREY BELL**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of

1

producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

**(Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT TWO

On or about August 9, 2022, the defendant, **DONTREY BELL,** within the District of Columbia, did, and attempted to, knowingly transport and ship, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, a visual depiction, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

**(Transportation of Child Pornography and Attempted Transportation of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1))

## COUNT THREE

Between on or about August 9, 2022, and on or about May 6, 2023, within the District of Columbia, the defendant, **DONTREY BELL**, did knowingly possess one or more images which contained any visual depiction that had been mailed, shipped, and transported using any means and facility of interstate commerce and in and affecting interstate commerce, and which was

produced using materials that had been mailed and shipped and transported using any means and facility of interstate commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

**(Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B)**)**

## COUNT FOUR

On or about August 9, 2022, within the District of Columbia, the defendant, **DONTREY BELL**, being eighteen years of age or older and more than four years older than Minor Victim 1, a child under 16 years of age, that is, thirteen years of age, engaged in sexually suggestive conduct with Minor Victim 1 by touching his own genitalia in a way which was intended to cause and reasonably caused the sexual arousal or sexual gratification of any person.

**(Misdemeanor Sexual Abuse of a Child,** in violation of Title 22, District of Columbia Code, Section 3010.01)

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Counts One, Two, or Three of this Indictment, the defendant, **DONTREY BELL**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the

commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

    2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

  **(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

*Matthew M. Graves* /s/

Attorney of the United States
and for the District of Columbia

4