UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 23-CR-410 |
| v. | |
| DONTREY BELL, | |
| Defendant. | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Dontrey Bell, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Transportation of Child Pornography, in violation of 18 U.S.C. § 2252(a)(1).

### Statement of Facts

On May 6, 2023, law enforcement officers responded to the defendant's residence in the 2300 block of Hartford St. NW in Washington, DC. to speak with Witness 1. Witness 1 reported that she had been in a relationship with the defendant, Dontrey Bell, for approximately three years and that they had lived together for two-and-a-half years at her home on Hartford Street. Witness 1's thirteen-year-old daughter, hereinafter Minor Victim 1 (MV1), also lived at the residence. Witness 1 recounted that earlier that morning, she had discovered videos on an old phone belonging to the defendant. The phone was linked to the defendant's cloud storage. The videos showed the defendant sneaking into the bedroom of MV1 while the child slept. The videos were timestamped between August 9, 2022, and April 28, 2023, and recorded between 4:00 AM and 6:00 AM.

Witness 1 showed the videos to law enforcement. The first video, dated August 9, 2022,

1

shows the defendant walking into MV1's bedroom and masturbating his exposed erect penis next to the child's head while she sleeps. At one point, the defendant steps forward so that his penis is directly over the child's head. In a video dated February 19, 2023, the defendant lifts up the bedsheets and records MV1's body. MV1 is wearing underwear. In the next two videos, dated March 8, 2023, and April 15, 2023, the defendant records MV1 sleeping and lifts the covers off of her. In a video dated April 28, 2023, the defendant lifts the covers off of MV1, who is not wearing underwear, exposing her naked buttocks. In the final video, also dated April 28, 2023, the defendant records himself putting his head under MV1's sheet while she sleeps. MV1 appears to wake up and the defendant tells her he was trying to remove a cat from her bedroom.

Subsequent forensic analysis of the cell phone by law enforcement revealed that the defendant had uploaded the videos, including the video of himself masturbating near MV1's head, to his Google photos account.

                Respectfully,

                MATHEW GRAVES
                UNITED STATES ATTORNEY

                */s/ Caroline Burrell*
                Caroline Burrell
                Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGEMENT

I, Dontrey Bell, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the offense fully.

Date: 7/20/24

_____
Dontrey Bell
Defendant

ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/20/24

_____
Adam Demetriou, Esq.
Michael Lawlor, Esq.
Attorneys for Defendant